AUSA : Susan E. Gillooly (313) 226-9577
Special Agent : David Salazar Jr. (313) 570-1978

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jon BURNS

Case: 2:16-mj-30101
Judge: Unassigned,
Filed: 03-08-2016 At 12:36 PM
CMP USA V. JON BURNS (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 27, 2016__ in the county of __Wayne__ in the __Eastern Judicial__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affiavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent David Salazar Jr, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: March 8, 2016

_____
Judge's signature

City and state: Detroit, Michigan

U.S. Magistrate Judge Elizabeth A. Stafford
Printed name and title

AFFIDAVIT

I, David Salazar Jr. being duly sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of court records and reports by other law enforcement officers, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. Your Affiant has been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for approximately one (1) year and nine (9) months. Affiant is currently assigned to the Detroit, Michigan Field Division, Group 1. Affiant is tasked with investigating violations of firearms and narcotics laws. Also, Affiant has been involved in numerous investigations involving violations of both state and federal firearms and narcotics laws. Prior to your Affiant's employment with ATF, your affiant was employed by the Detroit Police Department for approximately seventeen (17) years in the position of police officer. During this employment, your Affiant was assigned to the Narcotics Division for sixteen (16) years tasked with

investigating violations of narcotics laws. In addition, your Affiant has completed the Detroit Police Academy and the Detroit Police Narcotics Undercover School, has completed both the Criminal Investigator Training Program and Special Agent Basic Training at the Federal Law Enforcement Training Center.

3. I am currently conducting an investigation into the violation of federal narcotics laws by Jon Keith BURNS B/M, DOB \*\*/\*\*/1989 for violations of Federal firearms laws.

4. Your Affiant has conducted a criminal history check (CCH) relating to BURNS which indicated BURNS has been convicted of the following felony offenses:

   a. 2007 – Felony, Police Officer-Assaulting/ Resisting/Obstructing Causing Injury

   b. 2008 – Felony, Unarmed Robbery

   c. 2009 – Felony, Assault With Dangerous Weapon

5. On February 27, 2016, at approximately 8:30 pm, Detroit Police Officers Antonio Williams and Jordan Napier were working scout TRU-30 driving a fully marked scout car and wearing department issued uniforms within the City of Detroit. Officers while on patrol, observed a black male later identified as Jon BURNS, and an unknown black female walking on Southampton in the street where sidewalks were provided. Officers approached both individuals to

2

investigate for the civil infraction and Officer Williams observed BURNS look in his direction and quickly grab his right waistband and run eastbound on Southampton. Officer Antonio Williams exited his scout car and pursued BURNS on foot up the driveway of 5531 Coplin, Detroit, Michigan and into the rear of the address. Officer Williams, once in the rear of the address, observed BURNS remove a black handgun from his right waistband with his right hand and throw the handgun into the rear of 5525 Coplin, Detroit, Michigan. Officer Williams detained BURNS and Officer Napier took control of BURNS while Officer Williams returned to the rear of the residence located at 5525 Coplin, Detroit, Michigan where Officer Williams observed BURNS throw the handgun. Officer Williams recovered one (1) black, Taurus, model PT140 Millennium Pro, 40 caliber, semi-automatic pistol, serial number SWH01387, loaded with eleven (11) live rounds. Officers Williams and Napier arrested BURNS after BURNS was unable to produce a valid Concealed Pistol License.

6. On March 7, 2016, I contacted ATF Special Agent Michael Bolf, an expert in the Interstate Nexus of firearms. Agent Bolf stated the firearm, based on the written description provided, without physically examining it, was manufactured outside the state of Michigan after 1898 and therefore traveled in and affected interstate commerce.

7. Based on the above information, I have probable cause to believe Jon BURNS, a prior convicted felon, did knowingly and intentionally possess a firearm, to wit: Taurus, model PT140 Millennium Pro, 40 caliber, semiautomatic pistol, serial number SWH01387, in violation of Title 18 U.S.C. Sec. 922(g)(1). These violations occurring within the Eastern Judicial District of Michigan.

_____
Special Agent David Salazar Jr.

Sworn and subscribed before me on this 8th day of March, 2016

_____
U. S. Magistrate Judge Elizabeth A. Stafford

4